

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00106-CV

_____

IN RE KRISTI APPLEWHITE, Relator

---

Original Proceeding
Trial Court No. 324-411361-06

---

Before Birdwell, Kerr, and Pittman, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: April 25, 2019